IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANGEL PENA,

      Appellant,

v.

Case No.  5D21-2880
LT Case No. 2020-CF-009224-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 26, 2022

Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

Robert Wesley, Public Defender, and Fabian
Goffe, Assistant Public Defender, Orlando, for
Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Roberts J. Bradford, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


COHEN, HARRIS and WOZNIAK, JJ., concur.